Todd M. Friedman (216752)
**Law Offices of Todd M. Friedman, P.C.**
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866)633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff
*[Other Plaintiff's Counsel listed on signature page]*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DREW STAVELEY; INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br>**Plaintiff,**<br><br>vs.<br><br>**CARIBBEAN CRUISE LINE, INC.**<br><br>Defendant. | Case No. 2:14-cv-04889-R-PLA<br><br>**NOTICE OF SETTLEMENT** |

**TO THE HONORABLE COURT:** Please take notice that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow ninety (90) days to file dispositive documentation. A Joint Stipulation for Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

///

///

- 1 -
**NOTICE OF SETTLEMENT**

Respectfully submitted September 19, 2014

By: <u>s/Todd M. Friedman</u>
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Filed electronically on September 19, 2014 via the United States District Court's CM/ECF system

Notification sent electronically via the Court's ECF system to:

JEFFREY A. BACKMAN (Florida Bar No. 662501)
Jeffrey.Backman@gmlaw.com
RICHARD W. EPSTEIN (Florida Bar No. 229091)
Richard.Epstein@gmlaw.com
Greenspoon Marder, P.A.
200 E. Broward Blvd, Suite 1800
Fort Lauderdale, Florida 33301
*Admitted Pro Hac Vice*

///

**NOTICE OF SETTLEMENT**

1 | DARREN LANDIE
2 | Law Offices of Darren Landie
3 | 2600 Walnut Ave., Suite E
  | Tustin, CA 92780
4 | 714-544-3291
5 | Fax: 714-276-6110
  | Email: darren@landielaw.com
6 | *Attorneys for Defendant Caribbean Cruise Line*

Signed on September 19, 2014, in Beverly Hills, California.

s/Todd M. Friedman
Todd M. Friedman

**NOTICE OF SETTLEMENT**